ROBERT V. MARVIN et al., Appellants, v KOREAN AIR INC. et al., Respondents, et al., Defendant.

Submitted May 24, 2004; decided July 1, 2004

Motion for reargument granted and, upon reargument, motion for leave to appeal granted.

In the Matter of SUSAN MCCARTNEY, Individually and as Chairman of Preservation of Coalition of Erie County, Inc., et al., Appellants, v DORMITORY AUTHORITY OF STATE OF NEW YORK et al., Respondents.

Submitted June 7, 2004; decided July 1, 2004

Motion by Preservation League of New York State, Inc. for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

CAROL A. NIZNIK, Appellant, v ERIC KNIGHT et al., Respondents.

Submitted June 14, 2004; decided July 1, 2004

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).